IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**AMERICAN FAMILY MUTUAL INSURANCE COMPANY, S.I.**, a foreign insurer,

    Plaintiff,

v.

**COSMO INVESTMENTS, LLC**, a limited liability Company, **MELVYN SEGER**, an individual,

    Defendant.

No. 3:22-cv-02006-YY

**JUDGMENT**

**BAGGIO, J.**,

    Based on the record, IT IS ORDERED AND ADJUDGED that:

    (1) the claims in the *Edmonds* Lawsuit and the *Murray* Lawsuit arise out of the single event or occurrence of the fire;

    (2) the each occurrence limit of $2,000,000 is available for all of the claims arising out of the fire loss.

    DATED this 3rd day of October, 2024.

                                                   *Amy M. Baggio*
                                                  Amy M. Baggio
                                                  United States District Judge

1 – JUDGMENT